```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ANTHONY BOYD,                         :
                                      :
                    Plaintiff,        :
                                      :
         -v-                          :      12 Civ. 474 (JSR)
                                      :
UNITED STATES OF AMERICA,             :
                                      :      ORDER
                    Defendants.       :
------------------------------------- :
                                      x
```

JED S. RAKOFF, U.S.D.J.

On February 26, 2014, the Honorable Kevin Nathaniel Fox, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court deny the petitioner's amended § 2255 petition to vacate his sentence. The petitioner submitted his objections to the Report and Recommendation on March 11, 2014. Accordingly, the Court has reviewed the objections and the underlying record de novo.

Having done so, the Court finds itself in complete agreement with Magistrate Judge Fox's Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court denies the 2255 petition in full.

In addition, because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. Moreover, the Court certifies that any appeal from this Order would not be taken in good faith, as petitioner's claim lacks any arguable basis in law or fact, and therefore permission to proceed in forma pauperis is also denied.

See 28 U.S.C. § 1915(a)(3); see also Seimon v. Emigrant Savs. Bank (In re Seimon), 421 F.3d 167, 169 (2d Cir. 2005). Clerk to enter judgment.

SO ORDERED.

                                                                           JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 31, 2014